**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
Attorneys for Defendant, State Farm Bank, F.S.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN RANDAZZO<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM BANK, F.S.B.,<br><br>Defendant. | Civil Action No.: 7:18-cv-9639<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the above action is hereby discontinued in its entirety <u>with prejudice</u> and without payment of costs or attorneys' fees by any party as against each other.

DATED: 6-20-19

| WHITE AND WILLIAMS LLP | COHEN & MIZRAHI, LLP |
|---|---|
| Attorneys for Defendant, | Attorneys for Plaintiff |
| State Farm Bank, F.S.B. | Stephen Randazzo |
| BY: _____ | BY: _/s/Daniel C. Cohen_ |
| ROBERT T. PINDULIC, ESQ. | DANIEL C. COHEN, ESQ. |

Dated: June 21, 2019
White Plains, NY

SO ORDERED: _____
HON. NELSON S. ROMÁN, U.S.D.J.

ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2019